IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **JULIAN BROWN**, a certified Homecare Worker of Oregon,<br><br>         Plaintiff,<br><br>     v.<br><br>**KATE BROWN**, in Her Official Capacity as Governor of the State of Oregon; *et al.*,<br><br>         Defendants. | No.:  6:15-cv-01523-MC<br><br>**FINAL JUDGMENT** |

## FINAL JUDGMENT

   Pursuant to the joint motion of the parties, the Court hereby enters judgment as follows:

   1.     Count One of Plaintiff's Complaint is dismissed without prejudice.

   2.     Count Two of Plaintiffs' Complaint is dismissed without prejudice insofar as it

seeks prospective relief.  As a result, no claims remain against the State Defendants.

PAGE 1 – [PROPOSED] JUDGMENT

      3.      Insofar as Count Two also seeks monetary relief from Defendant SEIU Local 503 (Union), judgment is entered in favor of Plaintiff Julian Brown and against Defendant Union in the amount of $500.00.

The parties shall bear their own attorney's fees and costs for this action. This judgment shall not preclude an award of attorney's fees or costs if this judgment is reversed on appeal and a party establishes its entitlement thereto after subsequent proceedings in this action.

IT IS SO ORDERED.

DATED this  20th day of October, 2016.

_____
Michael McShane
United States District Judge

PAGE 2 – [PROPOSED] JUDGMENT